DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL AARONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1550

[August 2, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 90-17084 CF10A.

Paul Aarons, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CIKLIN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***